UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE CROCKETT | CIVIL ACTION |
| VERSUS | NO. 13-0024 |
| JAMES LEBLANC, SECRETARY<br>LOUISIANA DEPARTMENT OF PUBLIC<br>SAFETY AND CORRECTIONS | SECTION "A"(5) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of George Crockett for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

August 9, 2013

_____
UNITED STATES DISTRICT JUDGE